# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

### REFERRAL ORDER

Pursuant to 28 U.S.C. §636 and Local Rule CV-72, the undersigned hereby **REFERS** the cases set forth below to U. S. Magistrate Judge Christine A. Nowak for all pretrial proceedings.

        4:13cv604, Jefferson v. Fannie Mae, et al.
        4:13cv678, Charboneau v. Davis, et al.
        4:14cv385, Charboneau v. Davis, et al.
        4:14cv557, Hambrick v. Ganter, et al.
        4:14cv572, Jefferson v. Fannie Mae
        4:14cv738, Sallabedra, Jr. et al. v. Bank of America, N.A., et al.
        4:14cv808, Charboneau v. Mortgage Electronic Registration Systems, Inc.
        4:15cv840, Ayati-Ghaffari v. Title Source, Inc.
        4:15cv135, Mack v. Midland Credit Management, Inc.
        4:15cv136, Mack v. Midland Credit Management, Inc.
        4:15cv138, Mack v. Midland Credit Management, Inc.
        4:15cv139, Mack v. Midland Credit Management, Inc.
        4:15cv140, Mack v. Midland Credit Management, Inc.
        4:15cv141, Mack v. Midland Credit Management, Inc.
        4:15cv144, Davis v. Ware
        4:15cv218, Mack v. Midland Credit Management, Inc.
        4:15cv234, Mack v. Midland Credit Management, Inc.
        4:15cv235, Mack v. Midland Credit Management, Inc.
        4:15cv251, Mack v. Midland Credit Management, Inc.
        4:15cv252, Mack v. Midland Credit Management, Inc.
        4:15cv276, Echelmeyer v. Mortgage Electronic Registration Systems, Inc., et al.
        4:15cv304, Wilson v. CMC Home Lending, et al.
        4:15cv306, Mack v. Midland Credit Management, Inc.
        4:15cv309, Mack v. Midland Credit Management, Inc.
        4:15cv317, Mack v. Midland Credit Management, Inc.
        4:15cv318, Mack v. Midland Credit Management, Inc.
        4:15cv329, Mack v. Midland Credit Management, Inc.
        4:15cv330, Mack v. Midland Credit Management, Inc.
        4:15cv371, Snowton v. Sokolosky, et al.
        4:15cv379, Luterek v. Credit Protection Association, LP
        4:15cv384, Dahlstrom v. Dawkins, et al.

**IT IS SO ORDERED.**
**SIGNED this 22nd day of June, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE